UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-02810-VMC-UAM

HOWARD COHAN,

    Plaintiff,

v.

CRACKER BARREL OLD COUNTY
STORE, INC. d/b/a CRACKER BARREL
#189,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan, and Defendant, Cracker Barrel Old Country Store, Inc. d/b/a Cracker Barrel #189 (collectively, the Parties), hereby notify the Court that the instant action has settled. The Parties expect to file a stipulation of dismissal with prejudice within thirty (30) days. The Parties request that the Court enter an order administratively closing the case, thereby relieving the Parties from compliance with any pending pretrial deadlines and from filing any further responses, motions, and/or pleadings.

    Respectfully submitted,

| | |
|---|---|
| SCONZO LAW OFFICE, P.A. | FORDHARRISON, LLP |
| By: /s/ *Gregory S. Sconzo* | By: /s/ *Merry E. Lindberg* |
| Gregory S. Sconzo, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 308102 |
| greg@sconzolawoffice | mlindberg@fordharrison.com |
| 3825 PGA Boulevard, Suite 207 | 515 North Flagler Drive, Suite P300 |
| Palm Beach Gardens, Florida 33410 | West Palm Beach, FL 33401 |
| Telephone: (561) 729-0940 | Telephone: (561) 345-7505 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

*Howard v. Cracker Barrel Old Country Store, Inc. d/b/a Cracker Barrel #189*
*U.S. District Court Case No. 8:23-cv-02810-VMC-UAM*
*Joint Notice of Settlement*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Gregory Sconzo, Esq., Sconzo Law Office, P.A., 3825 PGA Boulevard, Suite 207, Palm Beach Gardens, Florida 33410; email: greg@sconzolawoffice; samantha@sconzolawoffice and mcniff@sconzolawoffice.com.

/s/ *Merry E. Lindberg*
Merry E. Lindberg
Florida Bar No. 308102