UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-02810-VMC-UAM

HOWARD COHAN,

    Plaintiff,

v.

CRACKER BARREL OLD COUNTRY
STORE, INC. d/b/a CRACKER BARREL
#189,

    Defendant.
_____/

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan, and Defendant, Cracker Barrel Old Country Store, Inc., d/b/a Cracker Barrel #189 (collectively, the Parties), hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against Defendant, Cracker Barrel Old Country Store, Inc. d/b/a Cracker Barrel #189; and (3) the Parties shall bear their own costs and attorneys' fees except as otherwise provided in the Parties' Settlement Agreement.

| | |
|---|---|
| SCONZO LAW OFFICE, P.A. | FORDHARRISON, LLP |
| By: /s/ *Gregory S. Sconzo* <br> Gregory S. Sconzo, Esq. <br> Florida Bar No.: 0105553 <br> greg@sconzolawoffice.com <br> 3825 PGA Boulevard, Suite 207 <br> Palm Beach Gardens, FL 33410 <br> Telephone: (561) 729-0940 | /s/ *Merry E. Lindberg* <br> Merry E. Lindberg, Esq. <br> Florida Bar No. 308102 <br> mlindberg@fordharrison.com <br> 515 North Flagler Drive, Suite 350 <br> West Palm Beach, FL 33401 <br> Telephone: (561) 345-7505 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

*Cohan v. Cracker Barrel Old Country Store, Inc. d/b/a Cracker Barrel #189*
Case No. *8:23-cv-02810-VCM-UAM*
Joint Motion for Dismissal with Prejudice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's counsel Gregory S. Sconzo, Esq., Sconzo Law Office, 3825 PGA Boulevard, Suite 207, Palm Beach Gardens, FL 33410; email: greg@sconzolawoffice.com.

/s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.
Florida Bar No. 308102